**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6543**

JONATHAN JAMES NEWELL,

Plaintiff - Appellant,

and

TIMOTHY FRANKLIN BALLARD, III,

Plaintiff,

v.

ERIK A. HOOKS, in his individual capacity; EDDIE M. BUFFALOE, JR., in his official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-ct-03062-D)

Submitted:  November 19, 2024                     Decided:  November 22, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan James Newell, Appellant Pro Se.    Sonya M. Calloway-Durham, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan James Newell appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider the court's order dismissing without prejudice his civil complaint. We have reviewed the record and find no abuse of discretion in the district court's denial of Newell's motion. *See MLC Auto., LLC v. Town of S. Pines*, 532 F.3d 269, 277 (4th Cir. 2008) (providing standard of review). Accordingly, we affirm the district court's order. *Newell v. Hooks*, No. 5:20-ct-03062-D (E.D.N.C. May 13, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
